IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STEPHEN SAMPLES | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0025 |
| | ) | Judge Trauger |
| SMITH HAYNES & WATSON, LLC | ) | |

**O R D E R**

It is hereby **ORDERED** that the Initial Case Management Conference set for May 23, 2011 is **RESET to April 15, 2011 at 10:00 a.m.**

ENTER this 12 th day of January, 2011.

ALETA A. TRAUGER
U.S. District Judge