IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN SAMPLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:11-cv-00025 |
| v. | ) | Judge Trauger |
| | ) | |
| SMITH HAYNES & WATSON, LLC | ) | |
| | ) | |
| Defendant. | ) | |

### [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME WITHIN WHICH TO FILE DEFENDANT'S ANSWER OR OTHERWISE RESPOND

Upon the Motion of the Defendant, Smith Haynes & Watson, LLC, the agreement of Plaintiff's counsel to the extension, and for good cause shown, it is hereby ORDERED that Defendant, Smith Haynes & Watson, LLC, shall have until March 7, 2011, to respond to Plaintiff's Complaint in this matter.

ENTERED this __22nd__ day of ____February____, 2011.

_____
United States District Court Judge