IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN SAMPLES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 3 11 0025 |
| | ) Judge Trauger |
| SMITH HAYNES & WATSON, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court finds that Plaintiff and Defendant have agreed to a joint stipulation for dismissal with prejudice of the claims of Plaintiff against the Defendant in this action. The Court further finds that pursuant to the Joint Stipulation for Dismissal with Prejudice entered into by the respective parties, each party is to bear their own costs, expenses and attorneys fees.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, Stephen Samples, against the Defendant, Smith Haynes & Watson, LLC, be dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear their own costs, expenses and attorneys fees.

IT IS SO ORDERED.

_____
Judge Trauger
United States District Court Judge

Submitted by:

 /s/ K. David Waddell
K. David Waddell (B.P.R. No. 009280)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, TN  37201
(615) 726-5543
(615) 744-5543 (Fax)

ATTORNEYS FOR DEFENDANT
SMITH HAYNES & WATSON, LLC



 /s/ Paul K. Guibao
Paul K. Guibao
WEISBERG & MEYERS, LLC
5722 S. Flamingo Rd., #656
Cooper City, FL  33330

ATTORNEYS FOR PLAINTIFF
STEPHEN SAMPLES